UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH STEVENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:23-CV-00509-TWP-CSW |
| UNITED ANIMAL HEALTH, INC., | ) ) ) |
| Defendant. | ) |

## DISMISSAL ORDER

This matter coming to be heard on the parties' Stipulation to Dismiss. The case is hereby DISMISSED with prejudice and with each party to bear its own costs.

SO ORDERED

Date: 1/30/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF

292223602v.1